UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY
FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

                Petitioners,

            v.

OSEK CONSTRUCTION MANAGEMENT
LLC,

                Respondent.

25-CV-10747 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. Petitioners have filed a petition to confirm an arbitration award.

It is hereby:

ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for vacating the arbitration award by January 23, 2026. Respondent's opposition is due on February 13, 2026. Petitioners' reply, if any, is due on February 20, 2026.

IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:    January 2, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge